IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES GRAHAM, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 2:18cv755-ECM |
| | ) | [WO] |
| JOHN CROW, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**OPINION and ORDER**

On September 21, 2018, the Magistrate Judge entered a Recommendation denying the petitioner's petition for writ of habeas corpus as a successive petition. *See* Doc. # 7. On September 28, 2018, the plaintiff filed objections to the Recommendation of the Magistrate Judge. The Court has carefully reviewed the record in this case, the Recommendation of the Magistrate Judge, and the petitioner's objections. Upon an independent review of the file in this case and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the petitioner's objections be and are hereby OVERRULED, the petition for writ of habeas corpus filed by Graham on August 22, 2018, be and is hereby DENIED, and the petition be and is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) as Graham has failed to obtain the

requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

DONE this 31st day of October, 2018.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE